DAVID D. FISCHER, SBN 224900
Attorney at Law
1007 7th Street, Suite 303
Sacramento, CA 95814
Telephone:  (916) 447-8600
Fax:             (916) 447-8601
E-Mail:        davefischer@yahoo.com

Attorney for Defendant
ERIK ALEXANDER

# IN THE UNITED STATES OF DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>ERIK TROY ALEXANDER,<br><br>              Defendant. | NO.  2:09-cr-00149 FCD<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, and defendant Erik Alexander, by and through his counsel, David D. Fischer, agree and stipulate to vacate the date set for status conference, July 26, 2010, at 10:00 a.m., in the courtroom of the Honorable Frank C. Damrell, Jr.  The parties agree that the case may be set for further status conference on September 7, 2010, at 10:00 a.m. This stipulation has been reached because of the defense motion to continue this case for defense preparation. The defense is still in the process of conducting investigation in this case.

The Government concurs with this request.

STIPULATION AND ORDER                        - 1 -

The parties further agree and stipulate that the time period from the filing of this stipulation until September 7, 2010, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: July 13, 2010          /s/ David D. Fischer
                              DAVID D. FISCHER
                              Attorney for Defendant
                              ERIK ALEXANDER

                              BENJAMIN B. WAGNER
                              United States Attorney

Dated: July 13, 2010    By:   /s/ Samantha Spangler
                              SAMANTHA SPANGLER
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the defendant's unopposed motion to continue the case date is granted; the new date for further status conference is September 7, 2010, at 10:00 a.m. The date of July 26, 2010, at 10:00 a.m. is VACATED; and the above-captioned matter is set for further status conference on September 7, 2010, at 10:00 a.m. The court finds excludable time in this matter through September 7, 2010, under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary

1 for effective defense preparation.  For the reasons stipulated by the parties, the Court
2 finds that the interest of justice served by granting the request outweigh the best interests
3 of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A),
4 (h)(7)(B)(iv), Local Code T4.

**IT IS SO ORDERED.**

Dated: July 13, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER                          - 3 -