1   DAVID D. FISCHER, SBN 224900
    Attorney at Law
2   980 9th Street – 16th Floor
3   Sacramento, CA 95814
    Telephone:   (916) 447-8600
4   Fax:           (916) 930-6482
5   E-Mail:       davefischer@yahoo.com

6   Attorney for Defendant
7   ERIK ALEXANDER

8

9        IN THE UNITED STATES OF DISTRICT COURT FOR THE

10              EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,          CR.  No.  2:09-cr-00149 FCD

13                  Plaintiff,          **STIPULATION  AND ORDER FOR
14                                       CONTINUANCE  OF STATUS
            v.                           CONFERENCE**
15

16  ERIK TROY ALEXANDER,

17              Defendant.

18

19                        **STIPULATION**

20       Plaintiff, United States of America, by and through its counsel, and defendant

21  Erik Alexander, by and through his counsel, David D. Fischer, agree and stipulate to

22  vacate the date set for status conference, September 7, 2010, at 10:00 a.m., in the

23  courtroom of the Honorable Frank C. Damrell, Jr.  The parties agree that the case may

24  be set for further status conference on October 12, 2010, at 10:00 a.m. This stipulation

25  has been reached because of the defense motion to continue this case for defense

26  preparation.  The defense is still in the process of conducting investigation in this case.

27       The Government concurs with this request.

28

STIPULATION AND ORDER                - 1 -

1   The parties further agree and stipulate that the time period from the filing of this

2   stipulation until October 12, 2010, should be excluded in computing time for

3   commencement of trial under the Speedy Trial Act, based upon the interest of justice

4   under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel

5   and to allow reasonable time necessary for effective defense preparation.  It is further

6   agreed and stipulated that the ends of justice served in granting the request outweigh the

7   best interests of the public and the defendant in a speedy trial.

8   Accordingly, the parties respectfully request the Court adopt this proposed

9   stipulation.

10
    IT IS SO STIPULATED.
11

12  Dated:  September 2, 2010                    /s/ David D. Fischer
13                                               DAVID D. FISCHER
                                                 Attorney for Defendant
14                                               ERIK ALEXANDER

15
                                                 BENJAMIN B. WAGNER
16                                               United States Attorney

17

18  Dated:  September 2, 2010          By:    /s/ Samantha Spangler
19                                            SAMANTHA SPANGLER
                                              Assistant U.S. Attorney
20                                            Attorney for Plaintiff

21
                                **ORDER**
22

23  For the reasons set forth in the accompanying stipulation and declaration of

24  counsel, the defendant's unopposed motion to continue the case date is granted; the new

25  date for further status conference is October 12, 2010, at 10:00 a.m.  The date of

26  September 7, 2010, at 10:00 a.m. is VACATED; and the above-captioned matter is set

27  for further status conference on October 12, 2010, at 10:00 a.m.  The court finds

28  excludable time in this matter through October 12, 2010, under 18 U.S.C. §

    3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow

STIPULATION AND ORDER                    - 2 -

1  reasonable time necessary for effective defense preparation.  For the reasons stipulated

2  by the parties, the Court finds that the interest of justice served by granting the request

3  outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §

4  3161(h)(7)(A), (h)(7)(B)(iv), Local Code T4.

5

6        IT IS SO ORDERED.

7

8  Dated: September 2, 2010

                                    FRANK C. DAMRELL, JR.

9                                      UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28