1  DAVID D. FISCHER, SBN 224900

2  Attorney at Law
   980 9th Street – 16th Floor

3  Sacramento, CA 95814

4  Telephone:   (916) 447-8600
   Fax:            (916) 930-6482

5  E-Mail:        davefischer@yahoo.com

6  Attorney for Defendant

7  ERIK ALEXANDER

8

9           **IN THE UNITED STATES OF DISTRICT COURT FOR THE**

10                 **EASTERN DISTRICT OF CALIFORNIA**

11

12  UNITED STATES OF AMERICA,              CR. S-09-00149 FCD

13                       Plaintiff,        **STIPULATION AND ORDER  FOR**
                                           **CONTINUANCE  OF STATUS**
14              v.                         **CONFERENCE**

15

16  JUAN DIEGO PAUCAR
    SCOTT EDWARD WHITNEY

17  ERIK TROY ALEXANDER

18  ,

19                       Defendants.

20

21                       **STIPULATION**

22        Plaintiff, United States of America, by and through its counsel, Samantha

23  Spangler and defendant Erik Alexander, by and through his counsel, David D. Fischer,

24  agree and stipulate to vacate the date set for status conference, October 12, 2010, at

25  10:00 a.m., in the courtroom of the Honorable Frank C. Damrell, Jr.  The parties agree

26  that the case may be set for further status conference on January 24, 2011, at 10:00 a.m.

27  This stipulation has been reached because defense is still conducting investigation in this

28

STIPULATION AND ORDER                      - 1 -

1  case.   The defense believes that by January 24, 2011, its investigation should be

2  complete and be in a position to resolve the case or set a date for trial.

3       The Government concurs with this request.

4       The parties further agree and stipulate that the time period from the filing of this

5  stipulation until January 24, 2011, should be excluded in computing time for

6  commencement of trial under the Speedy Trial Act, based upon the interest of justice

7  under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel

8  and to allow reasonable time necessary for effective defense preparation.  It is further

9  agreed and stipulated that the ends of justice served in granting the request outweigh the

10  best interests of the public and the defendant in a speedy trial.

11       Accordingly, the parties respectfully request the Court adopt this proposed

12  stipulation.

13  IT IS SO STIPULATED.

14

15  Dated:  October 7, 2010                    /s/ David D. Fischer

16                                             DAVID D. FISCHER
                                               Attorney for Defendant
17                                             ERIK ALEXANDER

18
                                               BENJAMIN B. WAGNER
19                                             United States Attorney

20

21  Dated: October 7,  2010           By:    /s/ Samantha Spangler

22                                             SAMANTHA SPANGLER
                                               Assistant U.S. Attorney
23                                             Attorney for Plaintiff

24
                                  **ORDER**
25

26       For the reasons set forth in the accompanying stipulation and declaration of

27  counsel, the defendant's unopposed motion to continue the case date is granted; the new

28  date for further status conference is January 24, 2011, at 10:00 a.m.  The date of October

12, 2010, at 10:00 a.m. is VACATED; and the above-captioned matter is set for further

STIPULATION AND ORDER          - 2 -

1   status conference on January 24, 2011, at 10:00 a.m.  The court finds excludable time in

2   this matter through January 24, 2011, under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local

3   Code T4, to allow continuity of counsel and to allow reasonable time necessary for

4   effective defense preparation.  For the reasons stipulated by the parties, the Court finds

5   that the interest of justice served by granting the request outweigh the best interests of

6   the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv),

7   Local Code T4.

8
9       **IT IS SO ORDERED.**

10

11  Dated:  October 7, 2010

12                                         FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER                    - 3 -