DAVID D. FISCHER, SBN 224900
Attorney at Law
980 9th Street – 16th Floor
Sacramento, CA 95814
Telephone:    (916) 447-8600
Fax:                (916) 930-6482
E-Mail:          davefischer@yahoo.com

Attorney for Defendant
ERIK ALEXANDER

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>ERIK TROY ALEXANDER,<br><br>              Defendants. | NO. CR. S-09-00149 FCD<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE** |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Samantha Spangler and defendant Erik Alexander, by and through his counsel, David D. Fischer, agree and stipulate to vacate the date set for status conference, January 24, 2011 at 10:00 a.m., in the courtroom of the Honorable Frank C. Damrell, Jr. The parties agree that the case may be set for further status conference on March 28, 2011, at 10:00 a.m. This stipulation has been reached because defense is still conducting investigation in this case. The defense is hopeful that by March 28, 2011, its investigation should be complete and be in a position to resolve the case or set a date for trial.

/ / /

1  The Government concurs with this request.

2  The parties further agree and stipulate that the time period from the filing of this stipulation until March 28, 2011, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  January 20, 2011                    /s/ David D. Fischer
                                            DAVID D. FISCHER
                                            Attorney for Defendant
                                            ERIK ALEXANDER

                                            BENJAMIN B. WAGNER
                                            United States Attorney


Dated:  January 20, 2011        By:         /s/ David D. Fischer for
                                            SAMANTHA SPANGLER
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

## **ORDER**

For the reasons set forth in the accompanying stipulation of counsel, the defendant's unopposed motion to continue the case date is granted; the new date for further status conference is March 28, 2011, at 10:00 a.m.  The date of January 24, 2011, at 10:00 a.m. is VACATED; and the above-captioned matter is set for further status conference on March 28, 2011, at 10:00 a.m.  The court finds excludable time in this matter through March 28, 2011, under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code

1  T4, to allow continuity of counsel and to allow reasonable time necessary for effective
2  defense preparation.  For the reasons stipulated by the parties, the Court finds that the
3  interest of justice served by granting the request outweigh the best interests of the public
4  and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv), Local
5  Code T4.

**IT IS SO ORDERED**.

Dated:  January 20, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER                - 3 -