DAVID D. FISCHER, SBN 224900
Attorney at Law
1007 7th Street, Suite 100
Sacramento, CA 95814
Telephone:   (916) 447-8600
Fax:              (916) 930-6482
E-Mail:         davefischer@yahoo.com

Attorney for Defendant
ERIK ALEXANDER

# IN THE UNITED STATES OF DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>ERIK TROY ALEXANDER,<br><br>                Defendant. | No.  2:09-cr-00149 FCD<br><br>**STIPULATION  AND ORDER FOR CONTINUANCE  OF STATUS CONFERENCE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Samantha Spangler and defendant Erik Alexander, by and through his counsel, David D. Fischer, agree and stipulate to vacate the date set for status conference, March 28, 2011 at 10:00 a.m., in the courtroom of the Honorable Frank C. Damrell, Jr.  The parties agree that the case may be set for further status conference on May 23, 2011, at 10:00 a.m. This stipulation has been reached because defense is still conducting investigation in this case.  One interview that was attempted by teleconference will need to be done in person.  The defense is ordering additional records which may necessitate some additional witness interviews.

STIPULATION AND ORDER                    - 1 -

1  The Government concurs with this request.

2  The parties further agree and stipulate that the time period from the filing of this stipulation until May 23, 2011, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  March 24, 2011              /s/ David D. Fischer
                                    DAVID D. FISCHER
                                    Attorney for Defendant
                                    ERIK ALEXANDER

                                    BENJAMIN B. WAGNER
                                    United States Attorney


Dated:  March 24, 2011     By:      /s/ David D. Fischer for
                                    SAMANTHA SPANGLER
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

**ORDER**

For the reasons set forth in the accompanying stipulation of counsel, the defendant's unopposed motion to continue the case date is granted; the new date for further status conference is May 23, 2011, at 10:00 a.m.  The date of March 28, 2011, at 10:00 a.m. is VACATED; and the above-captioned matter is set for further status conference on May 23, 2011, at 10:00 a.m.  The court finds excludable time in this matter through May 23, 2011, under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4,

1  to allow continuity of counsel and to allow reasonable time necessary for effective
2  defense preparation. For the reasons stipulated by the parties, the Court finds that the
3  interest of justice served by granting the request outweigh the best interests of the public
4  and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv), Local
5  Code T4.

**IT IS SO ORDERED.**

Dated:  March 25, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER                - 3 -