DAVID D. FISCHER, SBN 224900
Attorney at Law
1007 7th Street, Suite 100
Sacramento, CA 95814
Telephone:   (916) 447-8600
Fax:             (916) 930-6482
E-Mail:        davefischer@yahoo.com

Attorney for Defendant
ERIK ALEXANDER

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>ERIK TROY ALEXANDER,<br><br>             Defendant. | No.  2:09-cr-00149 FCD<br><br>**STIPULATION AND ORDER FOR CONTINUANCE  OF STATUS CONFERENCE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Samantha Spangler and defendant Erik Alexander, by and through his counsel, David D. Fischer, agree and stipulate to vacate the date set for status conference, May 23, 2011 at 10:00 a.m., in the courtroom of the Honorable Frank C. Damrell, Jr.  The parties agree that the case may be set for further status conference on June 27, 2011, at 10:00 a.m. This stipulation has been reached because defense is still conducting investigation in this case.  The defense is in the process of finishing up some witness interviews.  The defense has ordered additional records which may necessitate some additional witness interviews.

STIPULATION AND ORDER                    - 1 -

1   The Government concurs with this request.

2   The parties further agree and stipulate that the time period from the filing of this stipulation until June 27, 2011, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  May 17, 2011                    /s/ David D. Fischer
                                        DAVID D. FISCHER
                                        Attorney for Defendant
                                        ERIK ALEXANDER

                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated:  May 17, 2011          By:       /s/ David D. Fischer for
                                        SAMANTHA SPANGLER
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

**ORDER**

For the reasons set forth in the accompanying stipulation of counsel, the defendant's unopposed motion to continue the case date is granted; the new date for further status conference is June 27, 2011, at 10:00 a.m.  The date of May 23, 2011, at 10:00 a.m. is VACATED; and the above-captioned matter is set for further status conference on June 27, 2011, at 10:00 a.m.  The court finds excludable time in this matter through June 27, 2011, under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4,

1. to allow continuity of counsel and to allow reasonable time necessary for effective
2. defense preparation. For the reasons stipulated by the parties, the Court finds that the
3. interest of justice served by granting the request outweigh the best interests of the public
4. and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv), Local
5. Code T4.

      IT IS SO ORDERED.

Dated: May 18, 2011

                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE