DAVID D. FISCHER, SBN 224900
Attorney at Law
1007 7th Street, Suite 100
Sacramento, CA 95814
Telephone:   (916) 447-8600
Fax:             (916) 930-6482
E-Mail:        davefischer@yahoo.com

Attorney for Defendant
ERIK ALEXANDER

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:09-cr-00149 FCD |
| Plaintiff, | **STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE** |
| v. | |
| ERIK TROY ALEXANDER, | |
| Defendant. | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Samantha Spangler and defendant Erik Alexander, by and through his counsel, David D. Fischer, agree and stipulate to vacate the date set for status conference, June 27, 2011 at 10:00 a.m., in the courtroom of the Honorable Frank C. Damrell, Jr.  The parties agree that the case may be set for further status conference on July 11, 2011, at 10:00 a.m. This stipulation has been reached because defense is in the process of wrapping up its investigation in this case.  The defense is in the process of finishing up two out of state interviews and one intrastate interview.  The defense has ordered additional records and is awaiting their arrival for review.

STIPULATION AND ORDER              - 1 -

The Government concurs with this request.

The parties further agree and stipulate that the time period from the filing of this stipulation until July 11, 2011, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  June 14, 2011                           /s/ David D. Fischer
                                                DAVID D. FISCHER
                                                Attorney for Defendant
                                                ERIK ALEXANDER

                                                BENJAMIN B. WAGNER
                                                United States Attorney

Dated:  June 14, 2011            By:            /s/ David D. Fischer for
                                                SAMANTHA SPANGLER
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

**ORDER**

For the reasons set forth in the accompanying stipulation of counsel, the defendant's unopposed motion to continue the case date is granted; the new date for further status conference is July 11, 2011, at 10:00 a.m.  The date of June 27, 2011, at 10:00 a.m. is VACATED; and the above-captioned matter is set for further status conference on July 11, 2011, at 10:00 a.m.  The court finds excludable time in this matter through July 11, 2011, under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4,

1  to allow continuity of counsel and to allow reasonable time necessary for effective
2  defense preparation.  For the reasons stipulated by the parties, the Court finds that the
3  interest of justice served by granting the request outweigh the best interests of the public
4  and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv), Local
5  Code T4.

**IT IS SO ORDERED.**

Dated: June 16, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE