DAVID D. FISCHER (SBN 224900)
ATTORNEY AT LAW
1007 7th Street, Suite 100
Sacramento, CA. 95814
(916) 447-8600
Fax (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
ERIK ALEXANDER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ERIK ALEXANDER<br><br>  Defendant | No. 2:09-cr-00149 FCD<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date: August 23, 2011<br>Time: 10:00 a.m.<br>Judge: Honorable Frank C. Damrell, Jr. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Samantha Spangler, Assistant United States Attorney, together with counsel for defendant Erik Alexander, that the status conference presently set for August 8, 2011 be **continued to August 23, 2011, at 10:00 a.m.,** thus **vacating** the presently set status conference. This stipulation has been reached because the defense has additional investigation that will not be complete before the date of the currently scheduled status conference.

The Government concurs with this request.

Further, the parties agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local

1

Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, July 29, 2011, to and including August 23, 2011.  The defendant requests more time to conduct investigation to prepare its defense.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: July 29, 2011                                         /s/  David D. Fischer
                                                                                   DAVID D. FISCHER
                                                                                    Attorney for Defendant
                                                                                    ERIK ALEXANDER


Dated: July 29, 2011                                         Benjamin B. Wagner
                                                                                    United States Attorney

                                          by:      /s/ David D. Fischer for
                                                                               SAMANTHA SPANGLER
                                                                               Assistant U.S. Attorney
                                                                               Attorney for Plaintiff


## **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, July 29, 2011, to and including August 23, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §

3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is further ordered that the August 8, 2011, status conference shall be continued until August 23, at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: August 1, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE