DAVID D. FISCHER (SBN 224900)
ATTORNEY AT LAW
1007 7th Street, Suite 100
Sacramento, CA. 95814
(916) 447-8600
Fax (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
ERIK ALEXANDER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ERIK ALEXANDER<br><br>    Defendant | No. 2:09-cr-00149 FCD<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date:  September 6, 2011<br>Time:  10:00 a.m.<br>Judge:  Honorable Frank C. Damrell, Jr. |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Samantha Spangler, Assistant United States Attorney, together with counsel for defendant Erik Alexander, that the status conference presently set for August 23, 2011 be **continued to September 6, 2011, at 10:00 a.m.,** thus **vacating** the presently set status conference.  This stipulation has been reached because the defendant needs more time to prepare for this case.

   The Government concurs with this request.

   Further, the parties agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local

1

Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, August 19, 2011, to and including September 6, 2011. The defendant requests more time to prepare for this case.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation. IT IS SO STIPULATED.

Dated: August 19, 2011                                    /s/  David D. Fischer
                                                          DAVID D. FISCHER
                                                          Attorney for Defendant
                                                          ERIK ALEXANDER


Dated:  August 19, 2011                                   Benjamin B. Wagner
                                                          United States Attorney

                                              by:    /s/ David D. Fischer for
                                                     SAMANTHA SPANGLER
                                                     Assistant U.S. Attorney
                                                     Attorney for Plaintiff


## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, August 19, 2011, to and including September 6, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §

3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the August 23, 2011, status conference shall be continued until September 6, 2011, at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: August 19, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE